UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MOTORISTS MUTUAL INSURANCE  :
COMPANY, as subrogee of  :
Thomas Kalkhof and T.E. Kalkhof Realty Company  :
: CIVIL ACTION NO: 05-140E
    Plaintiff  :
:
    v.  :
:
LINDA BEBKO-JONES  :
:
    Defendant  :

## MOTION FOR ADMISSION *PRO HAC VICE*

Now comes Plaintiff Motorists Mutual Insurance Company as subrogee of Thomas Kalkhof and T.E. Kalkhof Realty Company and hereby moves this Court for an order admitting Sean P. O'Donnell, Esquire of Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103, as counsel for Plaintiff *Pro Hac Vice*. Plaintiff respectfully represents that good cause exists for this motion as is more particularly set forth in the Affidavit in support of this motion, which is attached hereto and incorporated herein.

                      COZEN O'CONNOR

                      BY: _____
                            DAVID J. GROTH, ESQUIRE
                            PA State Bar ID No: 25567
                            1900 Market Street
                            Philadelphia, PA 19103
                            215-665-2000
                            Attorney for Plaintiff

Dated: August 3, 2005

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOTORISTS MUTUAL INSURANCE COMPANY, as subrogee of Thomas Kalkhof and T.E. Kalkhof Realty Company | : <br> : <br> : <br> : CIVIL ACTION NO: 05-140E |
| Plaintiff | : <br> : |
| v. | : <br> : |
| LINDA BEBKO-JONES | : <br> : |
| Defendant | : |

## AFFIDAVIT OF SEAN P. O'DONNELL

I, Sean P. O'Donnell, an attorney at law licensed to practice in the Commonwealth of Pennsylvania, being duly sworn, depose and say as follows:

1. I am a member of the law firm of Cozen O'Connor, 1900 Market Street, Philadelphia, Pennsylvania.

2. I am a resident of the Commonwealth of Pennsylvania and have been a practicing attorney for 10 years in the Commonwealth of Pennsylvania.

3. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania and am duly licensed and admitted to practice law by the Commonwealth of Pennsylvania, having an Attorney Identification No. 76533.

4. I have also been admitted to the bars of the State of New Jersey, the United States District Courts for the Eastern and Middle Districts of Pennsylvania and the District of New Jersey.

5. I certify that no disciplinary or grievance proceedings have been filed or are currently pending against me in any Court.

6. My client has requested that I represent its interests in this matter.

7. The nature of this action involves legal and factual issues in a field of law with which I am completely familiar since I have handled many of these types of cases in the past and have developed an expertise in these matters.

8. If the Court shall allow my Motion to Appear *Pro Hac Vice* in the above-captioned matter, with reference to all matters, incidents, or proceeding, I agree that I shall be subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court in all respects as if I were a regularly admitted.

9. I certify that all of the foregoing statements made by me are true and I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

SEAN P. O'DONNELL

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUZANNE GAYNOR SHERIDAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 4, 2008

Sworn to before me this     day
of August 3, 2005.

Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2005, I served a true and correct copy of the foregoing Motion and Order for Admission *Pro Hac Vice* of Sean P. O'Donnell, Esquire, by First Class United States Mail, postage prepaid to the following:

Dale E. Huntley, Esquire
Walter E. Deacon, III, Esquire
MACDONALD, ILLIG, JONES & BRITTON, LLP
100 State Street
Suite 700
Erie, PA 16507-1459

DAVID J. GROTH, ESQUIRE

| | | |
|---|---|---|
| PHILADELPHIA<br>ATLANTA<br>CHARLOTTE<br>CHERRY HILL<br>CHICAGO<br>DALLAS<br>DENVER<br>HOUSTON<br>LAS VEGAS<br>LONDON<br>LOS ANGELES | <br>**COZEN**<br>**O'CONNOR**<br>ATTORNEYS<br><br>A PROFESSIONAL CORPORATION | NEW YORK<br>NEWARK<br>SAN DIEGO<br>SAN FRANCISCO<br>SEATTLE<br>TRENTON<br>WASHINGTON, DC<br>WEST CONSHOHOCKEN<br>WICHITA<br>WILMINGTON |

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

May 10, 2005

**Elizabeth Berglund**
Paralegal
Direct Phone 215-665-4137
eberglund@cozen.com

Clerk of Courts
U.S. District Court
Western District of Pennsylvania
Erie Division
P.O. Box 1820
Erie, PA 16507

Re:   Motorists Mutual Insurance Company, a/s/o Thomas Kalkhof and T.E. Kalkhof Realty Company v. Linda Bebko-Jones
U.S.D.C. W.D. of PA Civil Action No. 05-140E
Our File No. 157129

To Whom it May Concern:

Enclosed for filing please find Plaintiff's executed original and one copy of the Motion for Admission *Pro Hac Vice* of Sean P. O'Donnell, Esquire in the above-referenced matter. Kindly file the original and return a time-stamped copy to my attention via the enclosed self-addressed stamped envelope. Pursuant to your office's instructions, I am also including a copy of this filing on disc. Also enclosed is Cozen O'Connor check number 222188 in the amount of $40.00 to cover the fee for this filing.

Please do not hesitate to contact me at 215-665-4137 should you have any questions regarding this matter. Thank you for your attention to the foregoing.

Sincerely,

COZEN O'CONNOR

By:   Elizabeth Berglund
      Paralegal To:
      SEAN P. O'DONNELL