UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOTORISTS MUTUAL INSURANCE COMPANY, as subrogee of Thomas Kalkhof and T.E. Kalkhof Realty Company<br><br>Plaintiff<br><br>v.<br><br>LINDA BEBKO-JONES<br><br>Defendant | :<br>:<br>:<br>:  CIVIL ACTION NO: 05-140E<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this _____ day of _____, 2005, it is hereby ORDERED and DECREED that the Motion for Admission *Pro Hac Vice* of Sean P. O'Donnell, Esquire is GRANTED.

_____
J.