CA 05-140 E

```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

      # 00500476 - MD  M.D
       August 9, 2005


   Code    Case #    Qty       Amount

   PRO HAC            1 @    40.00
                             40.00 CH


              TOTAL→         40.00


   FROM: COZEN O'CONNOR
         1900 MARKET STREET
         PHILADELPHIA, PA 19103
         SEAN P. O'DONNEL
```