UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOTORISTS MUTUAL INSURANCE COMPANY, as subrogee of Thomas Kalkhof and T.E. Kalkhof Realty Company : : : | |
| : | CIVIL ACTION NO: 05-140E |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| LINDA BEBKO-JONES : | |
| : | |
| Defendant : | |

### DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff in the above captioned action certifies that Motorists Mutual Insurance Company is a member of The Motorists Insurance Group, which offers insurance products and services through seven subsidiary companies: Motorists Mutual Insurance Company, American Hardware Mutual Insurance Company, Iowa Mutual Insurance Company, Wilson Mutual Insurance Company, American Merchants Casualty Company, Iowa American Insurance Company and MICO Insurance Company. Plaintiff's subrogors, Thomas Kalkhof and T.E. Kalkhof Realty Company have no corporate affiliations.

COZEN O'CONNOR

BY: _____
DAVID J. GROTH, ESQUIRE
PA State Bar ID No: 25567
Sean P. O'Donnell, Esquire
PA State Bar ID No: 76533
1900 Market Street
Philadelphia, PA 19103
215-665-2000
Attorney for Plaintiff

Dated: August 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2005, I served a true and correct copy of the foregoing Disclosure Statement by First Class United States Mail, postage prepaid to the following:

Dale E. Huntley, Esquire
MACDONALD, ILLIG, JONES & BRITTON, LLP
100 State Street
Suite 700
Erie, PA 16507-1459

DAVID J. GROTH

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES



**COZEN**
**O'CONNOR**
ATTORNEYS

A PROFESSIONAL CORPORATION

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

August 9, 2005

Elizabeth Berglund
Paralegal
Direct Phone 215-665-4137
eberglund@cozen.com

Clerk of Courts
U.S. District Court
Western District of Pennsylvania
Erie Division
P.O. Box 1820
Erie, PA 16507

Re:   Motorists Mutual Insurance Company, a/s/o Thomas Kalkhof and T.E. Kalkhof Realty
      Company v. Linda Bebko-Jones
      U.S.D.C. W.D. of PA Civil Action No. 05-140E
      Our File No. 157129

To Whom it May Concern:

     Enclosed for filing please find the original and one copy of Plaintiff's Corporate disclosure in the above-referenced matter. Kindly file the original and return a time-stamped copy to my attention via the enclosed self-addressed stamped envelope. I am also including a copy of this filing on disc, as Plaintiff's counsel is in process of being registered for ECF Filing in this Court.

     Please do not hesitate to contact me at 215-665-4137 should you have any questions regarding this matter. Thank you for your attention to the foregoing.

Sincerely,

COZEN O'CONNOR

By: *Elizabeth Berglund*
    Elizabeth Berglund
    Paralegal To:
    SEAN P. O'DONNELL