IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOTORISTS MUTUAL INSURANCE COMPANY,<br>    Plaintiff,<br><br>Vs.<br><br>LINDA BEBKO-JONES,<br>    Defendant. | Civil Action No. 05-140 Erie |

**O R D E R**

AND NOW, to with, this 4th day of January, 2006, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed. The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time.

    S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: all parties of record. nk