UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOTORISTS MUTUAL INSURANCE COMPANY, as subrogee of Thomas Kalkhof and T.E. Kalkhof Realty Company | : : : : : CIVIL ACTION NO: 05-140E |
| Plaintiff | : : |
| v. | : : |
| LINDA BEBKO-JONES | : : |
| Defendant | : |

**STIPULATION OF DISMISSAL**

The undersigned, on behalf of their respective clients, hereby stipulate and agree that the above-captioned matter has been settled and resolved. Accordingly, the parties jointly request that the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| s/Sean P. O'Donnell | s/Dale Huntley |
| Sean P. O'Donnell, Esquire | Dale Huntley, Esquire |
| Cozen O'Connor | MacDonald, Illig, Jones & Britton, LLP |
| 1900 Market Street | 100 State Street, Suite 700 |
| Philadelphia, PA 19103 | Erie, PA 16507-1459 |
| | |
| Attorney for Plaintiff | Attorney for Defendant |