

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SANTA FE
SEATTLE
TORONTO
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

## COZEN O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

January 5, 2006

**Sean P. O'Donnell**
**Direct Phone 215.665.2089**
**Direct Fax    215.701.2089**
**sodonnell@cozen.com**

## VIA ELECTRONIC FILING

The Honorable Sean J. McLaughlin
United States District Judge
United States District Court for the
Western District of Pennsylvania
Room A250
17 South Park Row
Erie, PA 16501

Re:    <u>Motorists Mutual Ins. Co. a/s/o Kalkhof and T.E. Kalkhof Realty v. Bebko-Jones</u>
       USDC for WD PA Civil Action No. 1:05-cv-140 Erie
       <u>Our File No. 157129</u>

Dear Judge McLaughlin:

    The parties settled the above-captioned case currently pending before Your Honor. Consequently, I respectfully request that you sign the attached Order dismissing the case, with each party to bear its own costs.  Please do not hesitate to contact me if you have any questions regarding the foregoing.  Thank you for your assistance in resolving this matter.

                    Respectfully submitted,

                    COZEN O'CONNOR

                    s/Sean P.O'Donnell

                    SEAN P. O'DONNELL

SPOD/k
cc:    Dale Huntley, Esquire