UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOTORISTS MUTUAL INSURANCE COMPANY, as subrogee of Thomas Kalkhof and T.E. Kalkhof Realty Company : : : : Plaintiff : : v. : : LINDA BEBKO-JONES : : Defendant : | CIVIL ACTION NO: 05-140E |

## **ORDER**

AND NOW, to wit, this _____ day of January, 2006, the Court having received the parties' Stipulation of Dismissal, it is HEREBY ORDERED that this case is DISMISSED with prejudice, each party to bear its own costs.

                                                                 Sean J. McLaughlin
                                                                 United States District Judge